UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AHAMAD R. ATKINS, | |
| Petitioner, | |
| v. | Civil No. 17-cv-144-JPG |
| UNITED STATES OF AMERICA, | Criminal No 14-cr-40061-JPG |
| Respondent. | |

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ahamad R. Atkins' motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Ahamad R. Atkins, and that this case is dismissed with prejudice.

**DATED: May 21, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**